UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARUTYAN ASATRYAN,<br><br>      Petitioner,<br><br>      v.<br><br>KRISTI NOEM, et al.,<br><br>      Respondents. | Case No. 5:26-cv-00172-RGK-JDE<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Petition for Writ of Habeas Corpus (Dkt. 16, "Petition") filed by Arutyan Asatryan ("Petitioner"), the Answer to the Petition (Dkt. 17), Petitioner's Traverse (Dkt. 18), additional briefing provided by the parties (Dkt. 20, 22, 23), the Report and Recommendation of the United States Magistrate Judge (Dkt. 26, "Report"), and the parties' Joint Statement of Non-Objection to the Report (Dkt. 27). As the parties have no objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

IT IS THEREFORE ORDERED THAT the Judgment shall be entered: (1) granting the Petition, in part, on claims one and two, with Respondents ORDERED to immediately release Petitioner subject to his preexisting order of supervision, unless Petitioner has been removed prior to the date of this Order; and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: 4/17/2026

_____
R. GARY KLAUSNER
United States District Judge