UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ARUTYAN ASATRYAN, | ) | Case No. 5:26-cv-00172-RGK-JDE |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, as to claims one and two, with Respondents ORDERED to immediately release Petitioner subject to his preexisting order of supervision, unless Petitioner has been removed prior to the date of this Order; and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: 4/17/2026

_____
R. GARY KLAUSNER
United States District Judge